UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22031-CMA

JAMES WATSON,
Plaintiff,

vs.

EARL'S RESTAURANT
(DADELAND), INC. and
EARL'S RESTAURANTS USA, INC.,

     Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JAMES WATSON ("Plaintiff"), and Defendants, EARL'S RESTAURANT (DADELAND), INC., and EARL'S RESTAURANTS USA, INC. ("Defendants"), hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. According, the parties respectfully request that the Court vacate all currently set dates and deadlines in this case.

[*Remainder of Page Intentionally Left Blank*]

65663386;1

Dated: August 8, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Arlene K. Kline* |
| J. Courtney Cunningham (Florida Bar No. 628166) | Arlene K. Kline (Florida Bar No. 104957) |
| Primary: cc@cunninghampllc.com | Primary: arlene.kline@akerman.com |
| **J. COURTNEY CUNNINGHAM, PLLC** | Secondary: Danielle.putnam@akerman.com |
| 8950 SW 74th Court, Suite 2201 | Paige S. Newman (Florida Bar No. 1010358) |
| Miami, FL 33156 | Primary: paige.newman@akerman.com |
| Telephone: 305-351-3104 | Secondary: elisa.waites@akerman.com |
| *Counsel for Plaintiff* | **AKERMAN LLP** |
| | 777 South Flagler Drive |
| | Suite 1100 West Tower |
| | West Palm Beach, Florida 33401 |
| | Telephone: (561) 671-3675 |
| | Facsimile: (561) 659-6313 |
| | |
| | *Counsel for Defendants,* Earl's Restaurant (Dadeland), Inc. and Earl's Restaurants USA, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2022, a true and correct copy of the forgoing was served on all counsel of record identified on the Service List below via CM/ECF.

By: */s/ Arlene K. Kline*
Arlene K. Kline (Florida Bar No. 104957)

## **SERVICE LIST**

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
Telephone: 305-351-3104
Email: cc@cunninghampllc.com
*Counsel for Plaintiff*

*Service via CM/ECF*