UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22031-CIV-ALTONAGA/Torres

JAMES WATSON,

    Plaintiff,
vs.

EARL'S RESTAURANT
(DADELAND), INC.; *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 8], filed on August 8, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of August, 2022.

*Cecilia M. Altonaga*
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record