UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22031-CMA

JAMES WATSON,
Plaintiff,

vs.

EARL'S RESTAURANT
(DADELAND), INC. and
EARL'S RESTAURANTS USA, INC.,

Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE***

Plaintiff, JAMES WATSON ("Plaintiff"), and Defendants, EARL'S RESTAURANT (DADELAND), INC., and EARL'S RESTAURANTS USA, INC. ("Defendants"), having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*.

Each party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated: September 23, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ J. Courtney Cunningham | /s/ Arlene K. Kline |
| J. Courtney Cunningham (Florida Bar No. 628166) | Arlene K. Kline (Florida Bar No. 104957) |
| Primary: cc@cunninghampllc.com | Primary: arlene.kline@akerman.com |
| **J. COURTNEY CUNNINGHAM, PLLC** | Secondary: Danielle.putnam@akerman.com |
| 8950 SW 74th Court, Suite 2201 | Paige S. Newman (Florida Bar No. 1010358) |
| Miami, FL 33156 | Primary: paige.newman@akerman.com |
| Telephone: 305-351-3104 | Secondary: elisa.waites@akerman.com |
| *Counsel for Plaintiff* | **AKERMAN LLP** |
| | 777 South Flagler Drive |
| | Suite 1100 West Tower |
| | West Palm Beach, Florida 33401 |
| | Telephone: (561) 671-3675 |

65668539;3

Facsimile: (561) 659-6313

*Counsel for Defendants,* Earl's Restaurant (Dadeland), Inc. and Earl's Restaurants USA, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2022, a true and correct copy of the forgoing was served on all counsel of record via CM/ECF.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham (Florida Bar No. 628166)

65668539;3